UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-09587
Mary Edwards )
)
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtors for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:
1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

2. Debtors' Chapter 13 Trustee plan payments are increased to $345.00 per month for the remainder of the plan

3. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: October 01, 2019

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625