**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 09587 |
| Mary Edwards, ) | HON. Carol A. Doyle |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Carrington Mortgage Services, LLC as servicing agent for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, c/o Kinnera Bhoopal, McCalla Raymer Leibert Pierce, LLC, 1 North Dearborn, Suite 1200, Chicago, IL 60611;

Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, c/o Kinnera Bhoopal, McCalla Raymer Leibert Pierce, LLC, 1 North Dearborn, Suite 1200, Chicago, IL 60611;

See the attached Service List.

Please take notice that on June 23, 2020, at 9:30 a.m., I shall appear before the Honorable Judge Doyle in Courtroom 742 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, or any judge sitting in her place, and present the attached motion.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

      The undersigned, an attorney, certifies that he sent this notice and the attached motion on June 1, 2020, to the Chapter 13 Trustee listed above via electronic court notification and to the creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Nicholas Landi*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
nlandi@semradlaw.com

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    AMERIMARK PREMIER
0752-1                                    Eastern Division                         Po Box 2845
Case 19-09587                             219 S Dearborn                           Monroe, WI 53566-8045
Northern District of Illinois             7th Floor
Eastern Division                          Chicago, IL 60604-1702
Mon Jun  1 11:25:28 CDT 2020

AT&T Corp                                 Advocate Health Care                     AmeriCash Loans, L.L.C.
% AT&T Services, Inc.                     PO Box 1123                              P.O. Box 1728
Karen Cavagnaro, Esq.                     Minneapolis, MN 55440-1123               Des Plaines, IL 60017-1728
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Americash - Bankruptcy                    Baptist Memorial Hospital                Brandon S. Lefkowitz
Mkt Square Shop Ctr 180 S Bolingbrook Dr  6019 Walnut Grove Rd                     29777 Telegraph Rd
Bolingbrook, IL 60440-2852                Memphis, TN 38120-2113                   Suite 2440
                                                                                   Southfield, MI 48034-7667


CARRINGTON MORTGAGE SE                    CONVERGENT OUTSOURCING                   Cavalry SPV I, LLC
PO Box 3489                               800 SW 39TH ST                           500 Summit Lake Drive, Ste 400
Anaheim, CA 92803-3489                    RENTON, WA 98057-4927                    Valhalla, NY 10595-2321



ComEd                                     Commonwealth Edison Company              DIVERSIFIED CONSULTANT
3 Lincoln Center                          Bankruptcy Department                    10550 DEERWOOD PARK BLVD
Bankruptcy Section                        1919 Swift Drive                         JACKSONVILLE, FL 32256-0596
Oakbrook Terrace, IL 60181-4204           Oak Brook, IL 60523-1502


ENHANCED RECOVERY CO L                    FIRST PREMIER BANK                       Figi's Gallery
8014 BAYBERRY RD                          c/o Jefferson Capital Systems LLC PO Box c/o Creditors Bankruptcy Service
JACKSONVILLE, FL 32256-7412               c/o Linda Dold                           P O Box 800849
                                          Saint Cloud, MN 56302                    Dallas, TX 75380-0849


Illinois Bell Telephone Company           (p)JEFFERSON CAPITAL SYSTEMS LLC         MONROE AND MAIN
%AT&T Services, Inc                       PO BOX 7999                              PO Box 2840
Karen A Cavagnaro - Lead Paralegal        SAINT CLOUD MN 56302-7999                Monroe, WI 53566-8040
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

MONTGOMERY WARD                           Monroe & Main                            Montgomery Ward
1112 7TH AVE                              c/o Creditors Bankruptcy Service         c/o Creditors Bankruptcy Service
MONROE, WI 53566-1364                     P O Box 800849                           P O Box 800849
                                          Dallas, TX 75380-0849                    Dallas, TX 75380-0849


Nicor Gas                                 ONEMAIN                                  ONEMAIN FI
PO Box 0632                               605 Munn Rd E                            PO BOX 1010
Aurora, IL 60507-0632                     Fort Mill, SC 29715-8421                 EVANSVILLE, IN 47706-1010


OneMain Financial                         PORTFOLIO RECOV ASSOC                    Premier Bankcard, Llc
605 Munn Rd E                             PO Box 41067                             Jefferson Capital Systems LLC Assignee
Fort Mill, SC 29715-8421                  Norfolk, VA 23541-1067                   Po Box 7999
                                                                                   Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| South Suburban Hospital<br>17800 Kedzie Ave<br>Hazel Crest, IL 60429-0989 | Stoneberry<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | WEBBANK/FINGERHUT<br>7075 Flying Cloud Dr<br>Eden Prairie, MN 55344-3532 |
| Wilmington Savings Fund Society, FSB<br>Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806<br>( 92806-5951 | Wilmington Savings Fund Society, FSB, as tru<br>c/o Lesley D. Lueke, ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wilmington Savings Fund Society, FSB, as tru<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| nicor gas<br>po box 549<br>aurora il 60507-0549 | Andrew B Carroll<br>The Semrad Law Firm LLC<br>20 S Clark St Floor 28<br>Chicago, IL 60603-1811 | Mary Edwards<br>15940 Page Ave<br>Harvey, IL 60426-4923 |
| Nicholas J Landi<br>Semrad Law Firm LLC<br>20 S. Clark Street #28<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| JEFFERSON CAPITAL SYST<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carrington Mortgage Services, LLC as servi | (u)Wilmington Savings Fund Society, FSB, as T | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    2<br>Total                 43 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 09587 |
| Mary Edwards, | ) | HON.  Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Mary Edwards, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, and Debtor states the following:

1. On April 2, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization on May 28, 2019.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $315.00 monthly for 36 months.

5. On October 1, 2019, this Honorable Court entered an Order modifying Debtor's confirmed Chapter 13 Plan and increased plan payments to $345.00 per month for the remainder of the plan.

6. Debtor incurred unanticipated medical expenses in November of 2019, as she has a pacemaker implanted, due to a heart condition. Due to the said expenses, Debtor could not maintain her monthly plan payments. As a result, a default accrued.

7. The said expenses have been paid in full and Debtor can continue making timely plan payments moving forward.

8. There is room in the Plan to defer the current default.

9. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

10. Debtor is in a position to proceed with the instant case.

11. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,
*/s/ Nicholas Landi*\_\_\_\_\_
*Attorney for Debtor*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625